IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LISA FRITZ,                                                                                         PLAINTIFF

VS.                                                                                        NO. 1:09 CV 236-B-D

TAMI HANSBROUGH,                                                                           DEFENDANT

## MOTION FOR STAY

**COMES NOW,** the Defendant, Tami Hansbrough, by and through counsel, and respectfully requests that this Court grant a stay in this matter. In support of said motion, Defendant would state unto the Court that counsel for the Defendant is in the process of concluding negotiations with the attorney for the Plaintiff which will resolve this litigation.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully requests that this Court stay is cause for at least sixty days and that no Answer or response to the Complaint filed in the above referenced action will be required.

**RESPECTFULLY SUBMITTED**, this the 30th day of October, 2009.

/s/ John Booth Farese
JOHN BOOTH FARESE, MSB #5136
FARESE, FARESE & FARESE, PA
ATTORNEYS AT LAW
P.O. BOX 98
ASHLAND, MS    38603
662-224-6211
jbooth@fareselaw.com

ATTORNEY FOR DEFENDANT,
TAMI HANSBROUGH

CERTIFICATE OF SERVICE

I, JOHN BOOTRH FARESE, one of the attorneys for the Defendant, Tami Hansbrough, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system,which sent notification of such filing to the following ECF participant:

R. H. Burress, III, Esq.
1700 North Second Street
Booneville, MS   38829
bburress@rmichaellaw.com

Attorney for Plaintiff

This the 30th day of October, 2009.

/s/ John Booth Farese
JOHN BOOTH FARESE, MSB #5136