IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LISA FRITZ,                                                                               PLAINTIFF

VS.                                                           CAUSE NO. 1:09CV236-B-D

TAMI HANSBROUGH,                                                          DEFENDANT

## RESPONSE TO MOTION FOR STAY

COMES NOW plaintiff, Lisa Fritz, by and through counsel, and does not object to this Court granting defendant's Motion for Stay submitted on October 30, 2009, for reason that the parties request additional time within which to consummate a proposed settlement of this case.

Respectfully submitted this the 2nd day of November, 2009.

/s/ R. H. Burress, III,
R. H. BURRESS, III, MSB# 8660


RONALD D. MICHAEL, P.A.
1700 NORTH SECOND STREET
BOONEVILLE, MS 38829
PHONE: 662-728-6276
EMAIL: bburress@rmichaellaw.com
ATTORNEYS FOR PLAINTIFF,
LISA FRITZ

00037912.WPD

## CERTIFICATE OF SERVICE

I, R. H. Burress, III, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

John Booth Farese
FARESE, FARESE & FARESE
Post Office Box 98
Ashland, ms 38603-0098
jbooth@fareselaw.com

This the 2nd day of November, 2009.

/s/ R. H. Burress, III
R. H. BURRESS, III, MSB# 8660

00037912.WPD