IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LISA FRITZ                                                                                                PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:09CV236-B-D

TAMI HANSBROUGH                                                                                DEFENDANT

## ORDER DISMISSING CASE

This cause comes before the court upon the defendant's Suggestion of Bankruptcy. The record reflects that the subject of this litigation was included in the defendant's bankruptcy action filed in the United States Bankruptcy Court for the Middle District of North Carolina and that the defendant was granted a discharge in the bankruptcy action on July 14, 2010.

A discharge in bankruptcy "operates as an injunction against the commencement or continuation of an action . . . to collect, recover or offset any such debt as a personal liability of the debtor." 11 U.S.C. § 524(a)(2). The discharge "discharges the debtor from all debts that arose before the date of the order for relief under this chapter." 11 U.S.C. § 727(b). Accordingly, the court finds that this case should be dismissed.

It is, therefore, **ORDERED AND ADJUDGED** that this case is **DISMISSED with prejudice**.

This, the   29th   day of July, 2010.

                                                                                          *sNeal Biggers*
                                                                                        **NEAL B. BIGGERS, JR.**
                                                                                        **SENIOR U.S. DISTRICT JUDGE**